# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| CAMILLE GREEN, on behalf of herself and all others similarly situated, : | Case No. 1:20-cv-706 |
| : | |
| : | Judge Matthew W. McFarland |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| CORNERSTONE SERVICES, INC., : | |
| : | |
| Defendant. : | |

## ORDER DENYING MOTION AND STAYING CASE

This matter is before the Court on Plaintiff's motion for conditional certification, expedited opt-in discovery, and court-supervised notice to potential opt-in plaintiffs. (Doc. 13.) Plaintiff applies the "modest factual showing" standard that district courts in this circuit often use in collective actions. *E.g., Pritchard v. Dent Wizard Int'l Corp.*, 210 F.R.D. 591, 596 (S.D. Ohio 2002).

The Sixth Circuit, however, has recently granted leave to hear argument as to what standard applies when conditionally certifying a collective action. Order, *In re: A&L Home Care and Training Center, LLC, et al.*, No. 21-305; *In re: Larry Holder, et al.*, No. 21-306 (6th Cir. Feb. 4, 2022). The Circuit's decision on this area of the law will directly impact how this Court resolves certification and oversees this matter.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936). Upon consideration of the parties' interests, judicial economy, and efficient litigation, the Court **STAYS** this matter pending the Sixth Circuit's resolution of *In re: A&L Home Care and Training Center, LLC, et al.* and *In re: Larry Holder* and **DENIES** Plaintiff's motion without prejudice to refile when those matters are resolved.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND